# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| JAMES LEONARD RILEY, III,<br>*Plaintiff*<br>v.<br>BRANDY MILLER, ET AL.,<br>*Defendant* | Civil Action No. 5:12-cv-89 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ recover from defendant *(name)* _____ the amount of _____ dollars ($ _____), to be distributed as follows:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The report and recommendation of the magistrate judge is AFFIRMED and ADOPTED in its entirety. It is ORDERED that this case be DISMISSED and STRICKEN from the active docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Frederick P. Stamp, Jr.

Date: 3/13/2015

*CLERK OF COURT*, Cheryl Dean Riley

K.A. Criswell, Deputy Clerk
*Signature of Clerk or Deputy Clerk*